**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| RELIANT TRANSPORTATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | OF RICHARD S. SIEGEL |
| | ) | |
| DIVISION 1181 AMALGAMATED TRANSIT | ) | Case No. 1:18-cv-04561-ILG-SMG |
| UNION – NEW YORK EMPLOYEES | ) | |
| PENSION FUND, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PLEASE TAKE NOTICE that Richard S. Siegel hereby enters his appearance in the above-referenced action as *pro hac vice* counsel for all Defendants.

Dated: October 10, 2018

Respectfully submitted,

*/s/ Richard S. Siegel*
Richard S. Siegel
SLEVIN & HART, P.C.
1625 Massachusetts Avenue NW, Suite 450
Washington, DC  20036
(202) 797-8700 (tel)
(202) 234-8231 (fax)
rsiegel@slevinhart.com

*Counsel for Defendants*

20670641v1