**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RELIANT TRANSPORTATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIVISION 1181 AMALGAMATED TRANSIT ) <br> UNION – NEW YORK EMPLOYEES ) <br> PENSION FUND, *et al.* ) <br> ) <br> Defendants. ) <br> ) | NOTICE OF DEFENDANTS' <br> MOTION TO DISMISS <br><br> Case No. 1:18-cv-04561-ILG-SMG |

**PLEASE TAKE NOTICE** that Defendants the Division 1181 Amalgamated Transit Union – New York Employees Pension Fund, Neil Strahl, Neil Mancuso, Corey Muirhead, and Stanley Brettschneider (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 12(b)(6), and upon the accompanying:  (1) Memorandum of Law in Support of Defendants' Motion to Dismiss; and (2) Declaration of Richard S. Siegel, Esq. in Support of Defendants' Motion to Dismiss, with Exhibit 1 thereto, will move this Court, before the Honorable I. Leo Glasser, Senior United States District Judge, at a date and time to be selected by the Court, in Courtroom 8B South of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for an Order dismissing the Complaint filed by Plaintiff Reliant Transportation, Inc. with prejudice.

Dated: October 15, 2018 Respectfully submitted,

*/s/ Richard S. Siegel*
Barry S. Slevin
Jeffrey S. Swyers (*pro hac vice*)
Richard S. Siegel (*pro hac vice*)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue NW, Suite 450
Washington, DC  20036
(202) 797-8700 (tel)
(202) 234-8231 (fax)
bslevin@slevinhart.com
jswyers@slevinhart.com
rsiegel@slevinhart.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 15, 2018, the within and foregoing Notice of Defendants' Motion to Dismiss was served via ECF which will provide notice of filing to all counsel of record.

/s/ *Richard S. Siegel*
Richard S. Siegel

20670520v1