**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| RELIANT TRANSPORTATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIVISION 1181 AMALGAMATED TRANSIT ) <br> UNION – NEW YORK EMPLOYEES ) <br> PENSION FUND, *et al.* ) <br> ) <br> Defendants. ) <br> ) | DECLARATION OF <br> RICHARD S. SIEGEL, ESQ. <br> IN SUPPORT OF DEFENDANTS' <br> MOTION TO DISMISS <br><br> Case No. 1:18-cv-04561-ILG-SMG |

Richard S. Siegel, Esq., pursuant to 28 U.S.C. § 1746, declares:

1. I am an Associate with Slevin & Hart, P.C., counsel to Defendants the Division 1181 Amalgamated Transit Union – New York Employees Pension Fund (the "Fund"), Neil Strahl, Neil Mancuso, Corey Muirhead, and Stanley Brettschneider (collectively, "Defendants") in the above-referenced action. I make this Declaration in support of Defendants' Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Fund's Restated Agreement and Declaration of Trust.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 15th day of October, 2018.

*/s/ Richard S. Siegel*
Richard S. Siegel, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2018, the within and foregoing Declaration of Richard S. Siegel in Support of Defendants' Motion to Dismiss was served via ECF which will provide notice of filing to all counsel of record.

/s/ *Richard S. Siegel*
Richard S. Siegel

20670524v1