UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X

RELIANT TRANSPORTATION, INC.,

    Plaintiff,

- against -

DIVISION 1181 AMALGAMATED
TRANSIT UNION – NEW YORK
EMPLOYEES PENSION FUND, et al.,

    Defendants.

----------------------------------------------X

Civil Action No.: 1:18-cv-04561-ILG-SMG

## NOTICE OF WITHDRAWAL OF COUNSEL BENJAMIN I. HAN

    Plaintiff Reliant Transportation, Inc. respectfully withdraws the appearance of Benjamin I. Han as he is no longer affiliated with Hunton Andrews Kurth LLP. Joshua S. Paster, Kurt A. Powell, and Robert T. Dumbacher of Hunton Andrews Kurth LLP will continue as counsel for Plaintiff.

Dated: October 29, 2018.
                                  HUNTON ANDREWS KURTH LLP

                                  */s/ Joshua S. Paster*
                                  Joshua S. Paster
                                  200 Park Avenue, 52nd Floor
                                  New York, New York 10166
                                  Telephone: (212) 309-1000
                                  Facsimile: (212) 309-1100
                                  jpaster@hunton.com

                                  Kurt A. Powell (admitted *pro hac vice*)
                                  Robert T. Dumbacher (admitted *pro hac vice*)
                                  600 Peachtree Street, NE, Suite 4100
                                  Atlanta, GA 30308
                                  Telephone: (404) 888-4000
                                  Facsimile: (404) 888-4190
                                  kpowell@huntonak.com
                                  rdumbacher@huntonak.com

                                  *Counsel for Plaintiff Reliant Transportation, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record.

/s/Joshua S. Paster