# S LEVIN & H ART, P.C.

Attorneys at Law
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC 20036
202/797-8700
FAX: 202/234-8231

RICHARD S. SIEGEL                                                                                          RSIEGEL@SLEVINHART.COM
ATTORNEY AT LAW

November 13, 2018

*Via CM/ECF*

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Reliant Transportation, Inc., et al. v. Division 1181 Amalgamated Transit Union – New York Employees Pension Fund, et al.*, Case No. 1:18-cv-04561-ILG-SMG

Dear Judge Glasser:

  This firm represents the Defendants in the above-referenced action. Pursuant to Section IV.B. of your Individual Practices and the Court's Order granting Defendants an extension of time to respond Plaintiffs' Amended Complaint, the Parties respectfully advise the Court that they have agreed upon the following briefing schedule for Defendants' anticipated Motion to Dismiss Plaintiffs' Amended Complaint:

1. Defendants' Motion shall be due by December 7, 2018.
2. Plaintiff's Opposition shall be due by December 14, 2018.
3. Defendants' Reply shall be due by December 21, 2018.

  The Parties respectfully request that the Court endorse this proposed briefing schedule.

            Respectfully submitted,

            */s/ Richard S. Siegel*
            Richard S. Siegel
            Counsel for Defendants

Cc: All counsel of record (via ECF)

RSS:4146.88

20680527v1