

HUNTON ANDREWS KURTH LLP
SUITE 4100
600 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30308-2216

TEL   404 • 888 • 4000
FAX   404 • 888 • 4190

KURT A. POWELL
DIRECT DIAL: 404 • 888 • 4015
EMAIL: KPowell@huntonAK.com

FILE NO: 080892.0000033 .[71680941]

December 4, 2018

Honorable Magistrate Judge Steven M. Gold
United States District Court Eastern District of New York
225 Cadman Plaza East
Chambers 1217, Courtroom 13-D
Brooklyn, New York 11201

Re:   Reliant Transportation, Inc. v. Division 1181 Amalgamated Transit Union - New York Employees' Pension Fund et al; Case No. 1:18-cv-04561-ILG-SMG

Dear Judge Gold:

This Firm represents Plaintiffs in the above-referenced matter and is submitting this joint letter with Defendants' approval.

Under the Court's current order (Dkt #37), Defendants' motion to dismiss Plaintiffs' amended complaint is due December 7, 2018. The Parties recently have met and conferred, but disagree as to whether discovery in this matter should proceed. The Parties therefore respectfully request that the Court schedule a telephonic status conference to discuss this issue.

The Parties thank the Court for its attention to this matter.

Very truly yours,

/s/Kurt A. Powell

cc:  All counsel of record (via ECF)