## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **December 11, 2018** |
| **TIME:** | **4:00 p.m.** |
| **DOCKET NUMBER(S):** | **CV 18-4561 (ILG)** |
| **NAME OF CASE(S):** | **Reliant Transportation, Inc. v. Division 1181 Amalgamated Transit Union - New York Employees Pension Fund et al** |
| **FOR PLAINTIFF(S):** | **Dumbacher and Paster** |
| **FOR DEFENDANT(S):** | **Siegel** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**TELEPHONE CONFERENCE RULINGS:**

**Discovery may proceed, but is limited to document demands, and only those demands that are not for electronically stored information that may be retrieved only be execution of search protocols.**

**The demands will be served on or before January 14, 2019 and will be deemed served as of that date for purposes of calculating a response deadline even if served earlier.**

**If either side seeks such a condition, documents may be specified as attorneys-eyes-only while the pending motion to dismiss is under consideration.**

**Counsel shall promptly contact my chambers if the case survives the motion to schedule further proceedings, or if either side seeks leave to take additional discovery while the motion is under consideration.**