UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

RELIANT TRANSPORTATION, INC., and SONNY CHAITRAM

Plaintiffs,

- against -

DIVISION 1181 AMALGAMATED TRANSIT UNION – NEW YORK EMPLOYEES PENSION FUND,

NEIL STRAHL, individually and as trustee of the DIVISION 1181 AMALGAMATED TRANSIT UNION – NEW YORK EMPLOYEES PENSION FUND,

NEIL MANCUSO, individually and as trustee of the DIVISION 1181 AMALGAMATED TRANSIT UNION – NEW YORK EMPLOYEES PENSION FUND,

COREY MUIRHEAD, individually and as trustee of the DIVISION 1181 AMALGAMATED TRANSIT UNION – NEW YORK EMPLOYEES PENSION FUND, and

STANLEY BRETTSCHNEIDER, individually and as trustee of the DIVISION 1181 AMALGAMATED TRANSIT UNION – NEW YORK EMPLOYEES PENSION FUND,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 1:18-cv-04561-ILG-SMG

**DECLARATION OF JOSHUA S. PASTER**

1

Joshua S. Paster, Esq., pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am an associate of the law firm Hunton Andrews Kurth LLP, counsel for Plaintiffs Reliant Transportation, Inc. and Sonny Chaitram (collectively, "Plaintiffs").

2. I am a member of the Bar of this Court.

3. I make this Declaration in support of Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

4. Attached hereto as Exhibit 1 is a true and correct copy of the Third Amended Complaint filed in *Division 1181 Amalgamated Transit Union – N.Y. Employees Pension Fund et al v. NYC Dept. Educ.*, Case No. 13-cv-9112-PKC, ECF No. 70 (S.D.N.Y. Sept. 17, 2015).

5. Attached hereto as Exhibit 2 is a true and correct copy of the December 10, 2018 decision of the Second Circuit Court of Appeals in *Division 1181 Amalgamated Transit Union – N.Y. Employees Pension Fund et al v. NYC Dept. Educ.*, Case No. 17-3147-cv, Dkt. No. 92-1 (2d Cir. Dec. 10, 2018).

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2018.

*/s/ Joshua S. Paster*
Joshua S. Paster, Esq.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 14, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record.

                                                /s/ *Joshua S. Paster*
                                                Joshua S. Paster, Esq.
                                                Counsel for Plaintiffs